UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIANE PERKINS and WILLIAM PERKINS,

                   Plaintiffs,

         -against-

AMERICAN ACCESS, INC., PROGRESSIVE
MEDICAL INC. and LIBERTY MUTUAL
INSURANCE COMPANY, SUCCESSOR TO
WAUSAU INSURANCE COMPANIES,

                   Defendants.
-----------------------------------------------------------X

Civil Action No.: 7:09cv-6536

**NOTICE OF**
**APPEARANCE**

To the Clerk of this Court and all parties of records

       Enter my appearance as counsel in this case for: AMERICAN ACCESS, INC.  I certify that I am admitted to practice in this Court.

Dated:   Garden City, New York
        July 26, 2010

                                Yours, etc,

                                CASCONE & KLUEPFEL, LLP

               By:   _____
                           Andrew M. Lauri, Esq. (AL-7639)
                           CASCONE & KLUEPFEL, LLP
                           Attorneys for Defendant
                           AMERICAN ACCESS, INC.
                           1399 Franklin Avenue, Suite 302
                           Garden City, New York 11530
                           (516) 742-1990
                           File No.: 01840DSSC

TO:
MURPHY & LAMBIASE
Attorneys for Plaintiffs
1997 State Route 17M
Goshen, New York 10924
(845) 291-7100

SEDGEWICK, DETERT, MORAN & ARNLOD, LLP
Attorneys for Defendant
PROGRESSIVE MEDICAL, INC.
125 Broad Street, 39th Floor
New York, New York 10004
(212) 422-0202

JAFFE & ASHER, LLP
Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANIES
AS SUCCESSOR TO WAUSAU INSURANCE COMPANIES
600 Third Avenue
New York, New York 10016
(212) 687-3000

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
COUNTY OF NASSAU   )ss.:

        I, KUILAM L. SANCHEZ, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside in Nassau County New York:

        On July 26, 2010 I served the within **NOTICE OF APPEARANCE**

| | |
|---|---|
| [x] Service by Mail | by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and official depository under the exclusive care and custody of the U.S. Postal Service within the New York State, addressed to each of the following persons at the last known address set forth after each name: |
| [ ] Personal Served on Individual | by delivering a true copy thereof personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein:* |
| [ ] Service by Electronic Means | by transmitting the papers by electronic means to the telephone number listed below, which number was designated by the attorney for such purpose. I received a signal from the equipment of the attorney served indicating that the transmission was received. I also deposited a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the care and custody of the U.S. Postal Service, addressed to the attorney at the address set forth after each name: |
| [ ] Overnight | by depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of UNITED PARCEL SERVICE for overnight delivery, prior to the latest time designated by that service for overnight delivery. |

TO:
MURPHY & LAMBIASE
Attorneys for Plaintiffs
1997 State Route 17M
Goshen, New York 10924
(845) 291-7100

SEDGEWICK, DETERT, MORAN & ARNLOD, LLP
Attorneys for Defendant
PROGRESSIVE MEDICAL, INC.
125 Broad Street, 39th Floor
New York, New York 10004
(212) 422-0202

JAFFE & ASHER, LLP
Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANIES
AS SUCCESSOR TO WAUSAU INSURANCE COMPANIES
600 Third Avenue
New York, New York 10016
(212) 687-3000

                                    KUILAM L. SANCHEZ

Sworn to before me this
26th day of July, 2010

Notary Asaatullah Latif
Notary Public State of New York
No. 01LA6152414
Qualified in Nassau County
Commission Expires Sept. 11, 2010

CIVIL ACTION NO.: 7:09cv-6536
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE PERKINS and WILLIAM PERKINS,

*Plaintiffs,*

*- against -*

AMERICAN ACCESS, INC., PROGRESSIVE MEDICAL
INC. and LIBERTY MUTUAL INSURANCE COMPANY,
SUCCESSOR TO WAUSAU INSURANCE COMPANIES,

*Defendants.*

## NOTICE OF APPEARANCE

### CASCONE & KLUEPFEL, LLP.
*Attorneys for Defendant*
*AMERICAN ACCESS,INC.*
*Office and Post Office Address, Telephone*
1399 Franklin Avenue
Suite 302
Garden City, New York 11530
(516) 747-1990
(516) 747-1992 Facsimile

To: ALL COUNSEL

Service of a copy of the within
is hereby admitted,
Dated,

-----------------------------------------------
Attorney(s) for Defendant