AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| DIANE PERKINS and WILLIAM PERKINS ) <br> *Plaintiff* ) <br> v. ) <br> AMERICAN ACCESS, INC., et. al ) <br> *Defendant* ) | Case No.  09 CV - 6536 |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

defendant Progressive Medical Inc.

Date:  07/26/2010

s/ Elizabeth Chesler
*Attorney's signature*

Elizabeth Chesler (EC 1981)
*Printed name and bar number*

Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004

*Address*

elizabeth.chesler@sdma.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

# CERTIFICATE OF SERVICE

I, Elizabeth Chesler, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF and Regular Mail on this 26th day of July, 2010, upon the following:

Donald J. Lambaise, Esq.
Murphy & Lambaise
*Attorneys for Plaintiffs*
1997 State Route 17M
Goshen, New York 10924
(845) 291-7100

Cascone & Kleupfel, LLP
Attorneys for American Access, Inc.
1399 Franklin Avenue, Suite 302
Garden City, NY 11530

Jaffe & Asher, LLP
Attorneys for Liberty Mutual Insurance Company,
Successor to Wausau Insurance Co.
600 Third Ave.
New York, NY 10016

                                                                                    s/Elizabeth Chesler
                                                                                    Elizabeth Chesler (EC 1981)

Dated:    New York, New York
                July 26, 2010