United States District Court
Southern District of New York

_____  Civil Action No: 7:09cv-6536

Diane Perkins and William Perkins

              Plaintiffs        Hon. Kenneth M. Karas USDJ

   - Against-                  Hon. Lisa M. Smith, US Magistrate

American Access Inc.; Progressive
Medical Inc;

_____

S I R S:

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties herein, that the above-captioned matter is hereby discontinued with prejudice and without costs.

Dated: Goshen, New York
       January    , 2011

MURPHY & LAMBIASE         Sedgwick Detert Moran Arnold LLP
Attorneys for Plaintiffs            ~~DETERT MORAN SEGEWICK & ARNOLD~~
                                      Attorneys for Defendant Progressive Medical

By_____     By_____
  George A. Smith                 Michael Bernstein
  1997 Route 17M             125 Broad Street
  Goshen, New York 10924     New York, New York 10004

CASCONE & KLUPFEL
Attorneys for Defendant
AMERICAN ACCESS, INC.

By_____
  Ajay Bhavanani
  1399 Franklin Avenue
  Garden City, New York 11530

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

So Ordered:

March 16, 2011
White Plains, NY

_____
U.S.D.J.